JASON T. PISKEL, WSBA #35398
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Suite 410
Spokane, WA 99201
Email: jason@pyklawyers.com
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

Honorable Lonny R. Suko

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CSK COMMUNICATIONS, INC., a Washington corporation, | NO. cv-12-673-LRS |
| | **ORDER OF DISMISAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | |
| Defendant. | |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed in this matter April 29, 2013:

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled action is

//

//

//

//

ORDER OF DISMISSAL
WITH PREJUDICE - 1

Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

dismissed with prejudice and without fees or costs to any party.

DONE IN OPEN COURT this 3rd day of May, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Court Judge

Presented by:

PISKEL YAHNE KOVARIK, PLLC

<u>/s/ Jason T. Piskel</u>
JASON T. PISKEL, WSBA #35398
Attorneys for Plaintiff CSK Communications

Approved, notice of presentment waived:

OLES MORRISON RINKER & BAKER, LLP

<u>/s/ Bryan A. Kelley</u>
BRYAN A. KELLEY, WSBA #33543

Attorneys for Defendant Safeco

ORDER OF DISMISSAL
WITH PREJUDICE - 2



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa  99201
P 509.321.5930 / F 509.321.5935